| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>CYNTHIA JOHNSON (CABN 328932)<br>Assistant United States Attorney<br><br>1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>Cynthia.Johnson@usdoj.gov |

FILED

May 20 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DOMINIQUE ORAGE,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-cr-00131 YGR<br><br>MOTION AND [PROPOSED] ORDER FOR SUMMONS |

　　　The government requests under Federal Rule of Criminal Procedure 58(d)(3) that the Court issue a summons for defendant DOMINIQUE ORAGE. The facts set forth in the declaration demonstrate probable cause that the defendant committed the crime charged in the Information filed in the above-captioned matter.

//

//

//

//

//

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

1  A summons commanding the defendant to appear to answer the Information that has been filed
2  by the United States Attorney is therefore appropriate.

4  Dated: May 12, 2025						Respectfully submitted,

							PATRICK D. ROBBINS
							Acting United States Attorney


									/s/
							_____
							CYNTHIA JOHNSON
							Special Assistant United States Attorney

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS