PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

**FILED**

May 20 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   4:25-cr-00131 YGR |
| Plaintiff, | DECLARATION OF CYNTHIA JOHNSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |
| v. | |
| DOMINIQUE ORAGE, | |
| Defendant. | |

I, Cynthia Johnson, hereby declare as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided to me by the United States Postal Service, Office of Inspector General.

2. On April 8, 2024, DOMINIQUE ORAGE was employed by the United States Postal Service in the Northern District of California. At that time, ORAGE was observed committing mail theft in violation of 18 U.S.C. § 1709 (Embezzlement of Mail by a United States Postal Service Employee).

DECLARATION IN SUPPORT OF SUMMONS

3.  Based on the above-listed facts, there is probable cause to believe that ORAGE violated

18 U.S.C. § 1709 - Embezzlement of Mail by a United States Postal Service Employee,

which is a felony.


I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.  Executed May 12, 2025 in Oakland, California.


DATED:   May 12, 2025                          /s/ *Cynthia Johnson*
                                               _____

                                               CYNTHIA JOHNSON

DECLARATION IN SUPPORT OF SUMMONS